■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TIMOTHY SHARPE, Appellant. [625 NYS2d 971] —Case held, decision reserved and matter remitted to Oneida County Court for further proceedings in accordance with the following Memorandum: The record does not indicate whether defendant was present at the *Sandoval* hearing. A reconstruction hearing is therefore necessary *(see, People v Odiat,* 82 NY2d 872; *People v Johnson,* 206 AD2d 874, 875; *People v Mitchell,* 189 AD2d 337). (Appeal from Judgment of Oneida County Court, Buckley, J.—Attempted Robbery, 1st Degree.) Present—Lawton, J. P., Fallon, Wesley, Davis and Boehm, JJ.